UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| RONALD SCOTT and A. TIMOTHY PULLEN, <br><br>*Plaintiffs,*<br><br>v.<br><br>MURRAY BLACKWEILDER, et al.,<br><br>*Defendants.* | Case No. 4:15-CV-0015<br><br>Judge Mattice<br>Magistrate Judge Carter |

# MEMORANDUM AND ORDER

This Court previously granted plaintiff Scott's motion for enlargement of time and stated that he had up to and including May 19, 2015, in which to file an amended complaint (Doc. 14). This order, however, was inadvertently not mailed to plaintiffs. Accordingly, the Court now **ORDERS** that plaintiff Scott shall have up to and including June 2, 2015, in which to file an amended complaint.

**SO ORDERED**.

/s/ Harry S. Mattice, Jr.
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE